# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                              Criminal No. 09-382 JMR/AJB

                 Plaintiff,

v.                                                                        **ORDER**

JIMMY PIERRE SYNKIEW,

                 Defendant.

Michael A. Dees, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Andrea K. George, Esq., Assistant Federal Defender, for the defendant, Jimmy Pierre Synkiew.

        Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 8, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

        1. Defendant Jimmy Pierre Synkiew's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied** [Docket No. 16]; and

        2. Defendant Jimmy Pierre Synkiew Motion to Suppress Statements, Admissions and Answers is **granted in part and denied in part** [Docket No. 17]. Statements to arresting officers made subsequent to defendant being asked whether he was felon should be suppressed. Prior arrest location statements, as well as formal interview statements, should not be suppressed.

Dated: March 29, 2010

                                                          s/James M. Rosenbaum
                                                          James M. Rosenbaum
                                                          Senior United States District Court Judge